IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAYBE TORRES,

    Plaintiff,

  v.                    No. 16-CV-01352-KG-LF

GREGG MARCANTEL, *Secretary of Corrections*, DWAYNE SANTISTEVAN, *S.T.I.U. Administrator*, MAJOR RALPH LUCERO, *C.N.M.C.F. Unit Manager*, TAMARA KING, *C.N.M.C.F. Classification Officer*,

    Defendants.

## FINAL JUDGMENT

Pursuant to rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Order of Dismissal Without Prejudice filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case,

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this civil proceeding is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE